UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
 §
ADAMS, KEITH DENNIS § Case No. 12-34779
 §
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          Clerk of the U.S. Bankruptcy Court
          219 S. Dearborn
          Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/16/2014 in Courtroom 240,
          United States Courthouse
          c/o Kane County Courthouse
          100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/13/2014                       By: Kenneth S. Gardner
                                                                  Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ADAMS, KEITH DENNIS § Case No. 12-34779
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| | The Final Report shows receipts of | $ 10,000.00 |
| | and approved disbursements of | $ 60.00 |
| | leaving a balance on hand of[1] | $ 9,940.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | American Honda Finance Corporation | $ 22,936.50 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 9,940.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 83.56 | $ 0.00 | $ 83.56 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 1,416.00 | $ 0.00 | $ 1,416.00 |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ 36.50 | $ 0.00 | $ 36.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Charges: United States Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,579.06 |
| Remaining Balance | | | $ 6,360.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,075.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Sallie Mae Inc, On Behalf of The | $ 54,075.70 | $ 0.00 | $ 6,360.94 |
| Total to be paid to timely general unsecured creditors | | | | $ 6,360.94 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-34779-DRC
Keith Dennis Adams                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal           Page 1 of 1           Date Rcvd: Apr 17, 2014
                              Form ID: pdf006          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2014.
```
db         +Keith Dennis Adams,    322 Grand Ridge Rd,    Saint Charles, IL 60175-1075
19389660   +Amex,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
19389661  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
19389662   +Blatt, Hasenmiller, Leibsker et al,    125 S. Wacker Drive, Suite 400,    Chicago, IL 60606-4440
19389666  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195)
19389663   +Central DuPage Hospital,    25 N. Winfield Rd.,    Winfield, IL 60190-1295
19389664   +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
19389665   +Circuit Court of the 16th Judicial,    100 S. Third Street,    Case No. 12 AR 191,
             Geneva, IL 60134-2767
19389668   +Dept Of Ed/sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
19389669   +Diners Clb,    Po Box 6241,    Sioux Falls, SD 57117-6241
19389670   +Ffcc-columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
19389671   +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
19389672  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,    Toyota Financial Services,    Po Box 8026,
             Cedar Rapids, IA 52408)
19389673   +Valley Medicine Center,    400 South 43rd Street,    Renton, WA 98055-5714
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19389659      E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 18 2014 00:41:31     American Honda Finance,
              Po Box 168088,   Irving, TX 75016
19776816      E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 18 2014 00:41:31
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088
20863599      E-mail/PDF: pa_dc_ed@salliemae.com Apr 18 2014 00:45:44     Sallie Mae Inc, On Behalf of The,
              Department of Education,   DOE,    P.O. Box 740351,    Atlanta, GA 30374-0351
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19389667*  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,    Citi Corp Credit Svcs/Attn: Cen,    Po Box 20363,
             Kansas City, MO 64195)
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2014 at the address(es) listed below:
```
              Alfredo J Garcia    on behalf of Debtor Keith Dennis Adams notice@ledfordwu.com,
               courtnotice@ledfordwu.com;lwnotice@gmail.com
              Joseph   Voiland    jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net
              Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
              Orlando Velazquez    on behalf of Debtor Keith Dennis Adams notice@ledfordwu.com,
               courtnotice@ledfordwu.com;lwnotice@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yan Teytelman    on behalf of Defendant Mary  Adams yan@ytlawfirm.com, law_4321@yahoo.com
                                                                                             TOTAL: 7
```