UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ADAMS, KEITH DENNIS § Case No. 12-34779
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES AND CHARGES <br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER <br>    ADMIN. FEES AND <br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED <br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

     4)  This case was originally filed under chapter   on                  . The case was pending for    months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____  By:/s/JOSEPH R. VOILAND_____
                                                                                    Trustee

     **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Honda Finance Po Box 168088 Irving, TX 75016 |  |  |  |  |  |
|  | Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 |  |  |  |  |  |
| 000001 | AMERICAN HONDA FINANCE CORPORATION |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CONG BANK | | | | | |
| UNITED STATES BANKRUPTCY COURT | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Blatt, Hasenmiller, Leibsker et al 125 S. Wacker Drive, Suite 400 Chicago, IL 60606 | | | | | |
| | Central DuPage Hospital 25 N. Winfield Rd. Winfield, IL 60190 | | | | | |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | Circuit Court of the 16th Judicial 100 S. Third Street Case No. 12 AR 191 Geneva, IL 60134 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Sd, Na Citi Corp Credit Svcs/Attn: Cen Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Dept Of Ed/sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Dept Of Ed/sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Diners Clb Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Ffcc-columbus Inc 1550 Old Henderson Rd St Columbus, OH 43220 | | | | | |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | | | | |
| | Valley Medicine Center 400 South 43rd Street Renton, WA 98055 | | | | | |
| 000002 | SALLIE MAE INC, ON BEHALF OF THE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit 8

| Case No: | 12-34779 | RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|---|
| Case Name: | ADAMS, KEITH DENNIS | | | | Date Filed (f) or Converted (c): | 08/31/12 (f) |
| | | | | | 341(a) Meeting Date: | 09/25/12 |
| For Period Ending: | 03/26/14 | | | | Claims Bar Date: | 10/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 5.00 | 0.00 | | 0.00 | FA |
| 2. checking account - TCF Bank | 160.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Books / Collectibles | 50.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6. wedding band | 150.00 | 0.00 | | 0.00 | FA |
| 7. camcorder and bicycles | 50.00 | 0.00 | | 0.00 | FA |
| 8. Pension | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2008 Acura MDX | 26,575.00 | 0.00 | | 0.00 | FA |
| 10. 2006 Toyota Highlander | 11,225.00 | 0.00 | | 0.00 | FA |
| 11. dog | 0.00 | 0.00 | | 0.00 | FA |
| 12. fraudulent transfer claim - MaryAdams (u) | Unknown | 0.00 | | 10,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $39,515.00 | $0.00 | | $10,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/15/13    Current Projected Date of Final Report (TFR): 03/15/14

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-34779 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | ADAMS, KEITH DENNIS | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******1966 Checking Account |
| Taxpayer ID No: | *******2762 | | | |
| For Period Ending: | 07/06/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 9,940.00 | | 9,940.00 |
| 05/16/14 | 003001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 1,750.00 | 8,190.00 |
| 05/16/14 | 003002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 83.56 | 8,106.44 |
| 05/16/14 | 003003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 3110-000 | | 1,416.00 | 6,690.44 |
| 05/16/14 | 003004 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 3120-000 | | 36.50 | 6,653.94 |
| 05/16/14 | 003005 | United States Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | | 2700-000 | | 293.00 | 6,360.94 |
| 05/16/14 | 003006 | Sallie Mae Inc, On Behalf of The<br>Department of Education<br>DOE<br>P.O. Box 740351<br>Atlanta, GA 30374-0351 | | 7100-000 | | 6,360.94 | 0.00 |

Page Subtotals     9,940.00     9,940.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-34779 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | ADAMS, KEITH DENNIS | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******1966  Checking Account |
| Taxpayer ID No: | *******2762 | | |
| For Period Ending: | 07/06/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,940.00 | 9,940.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 9,940.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 9,940.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 9,940.00 | |

Page Subtotals        0.00          0.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-34779 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | ADAMS, KEITH DENNIS | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0940  Checking Account |
| Taxpayer ID No: | *******2762 | | | |
| For Period Ending: | 07/06/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) / Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 06/12/13 | 12 | MARY M.ADAMS<br>322 GRAND RIDGE RD<br>SAINT CHARLES, IL  60175 | | 1241-000 | 6,000.00 | 6,000.00 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 10.00 / 5,990.00 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 10.00 / 5,980.00 |
| 09/30/13 | | cong bank | bank service fee | 2600-000 | | 10.00 / 5,970.00 |
| 10/20/13 | 12 | Mary M. Adams | | 1241-000 | 2,000.00 | 7,970.00 |
| 11/01/13 | | cb | bank sevice fee | 2600-000 | | 10.00 / 7,960.00 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 10.00 / 7,950.00 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 10.00 / 7,940.00 |
| * 01/31/14 | | cb | bank service fee | 2600-003 | | 10.00 / 7,930.00 |
| 02/03/14 | 12 | Mary M. Adams | | 1241-000 | 2,000.00 | 9,930.00 |
| * 03/11/14 | | Reverses Adjustment OUT on 01/31/14 | bank service fee | 2600-003 | | -10.00 / 9,940.00 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 9,940.00 / 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 10,000.00 | 10,000.00   0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 9,940.00 |
| Subtotal | 10,000.00 | 60.00 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 10,000.00 | 60.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1966 | 0.00 | 9,940.00 | 0.00 |
| Checking Account - ********0940 | 10,000.00 | 60.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 10,000.00 | 10,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            10,000.00        10,000.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-34779 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | ADAMS, KEITH DENNIS | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0940 Checking Account |
| Taxpayer ID No: | *******2762 | | | |
| For Period Ending: | 07/06/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********1966 | | | | |
| | | | Checking Account - ********0940 | | | | |

| | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*